# VERIFIED RETURN OF SERVICE

**State of Florida**  **County of Southern**  **United States District Court**

Case Number: CACE 9:14-CV-80289-KAM

Plaintiff:
**Lisa Shavelson**

vs.

Defendant:
**Credit Control Services, Inc. d/b/a Credit Collection Services Inc**

For:
Jason Weaver
Jason Weaver P.A.
3531 Griffin Rd
Ft. Lauderdale, FL 33312

Received by Vause's Process Service on the 3rd day of March, 2014 at 12:30 pm to be served on **Credit Control Services, Inc. c/o Registered Agent Solutions Inc., 155 Office Plaza Drive, Ste A, Tallahassee, FL 32301**.

I, J. Lee Vause, Jr., do hereby affirm that on the **4th day of March, 2014** at **11:30 am, I:**

Served by delivering a true copy of the **Summons & Complaint, Verification of Complaint and Certification, with Exhibits** with the date and hour of service endorsed thereon by me, to: **Angela Faulkner** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Registered Agent Solutions ,Inc.** as **Registered Agent for Credit Control Services, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2). I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2014002056

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k